**Electronically Filed
Supreme Court
SCWC-16-0000787
05-MAR-2019
09:31 AM**

SCWC-16-0000787

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

JESSICA L. HINEBAUGH,
Respondent/Defendant-Appellee,

and

MICHAEL A. AYALA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000787; CR. NO. 13-1-1529)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Michael A. Ayala's

application for writ of certiorari, filed on January 22, 2019, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, March 5, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

